*United States Probation & Pretrial Services*

United States District Court
Central District of California

Brian D. Karth
District Court Executive / Clerk of Court



Natasha Alexander-Mingo
Chief Probation & Pretrial Services Officer


FILED
CLERK, U.S. DISTRICT COURT
1/29/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: MMC    DEPUTY

PACTS No: 9561053

**Passport Receipt**

U.S. Probation & Pretrial Services

Defendant Name: Dong Lin
Name on passport, if different: enter text.
Country of Origin: U.S.A
Passport Number: ▮▮▮▮▮▮▮
Date passport issued: July 5, 2019
Expiration date of passport: July 4, 2029
Ordered by court in the
Docket Number: 2:24-CR-00761-4

_Yutong Li_                                  01/29/2025
Surrendered By                               Date

Susana Marrujo                               01/29/2025
Received By                                  Date

_____                          _____
Returned To                                  Date

_____                          _____
Surrendered By                               Date

Purpose Returned
Address (if mailed)